## First Department, May, 1956

### (May 8, 1956)

■ Rina M. Kravetz, as Ancillary Executrix of Max M. Kravetz, Deceased, Appellant, v. United Artists Corporation et al., Respondents, et al., Defendant.— Judgment unanimously modified to direct the dismissal of the complaint as to the defendants McNamee, Oona O'Neill Chaplin and Chemical Corn Exchange Bank, without costs as to those parties in default in the action, but, with costs in the action to those parties appearing separately and defending and, as so modified, the judgment is affirmed, with costs to all parties appearing and filing separate briefs herein. In this action in equity the plaintiff having failed to establish the right to any relief, the complaint should have been dismissed as against all parties. The failure of the judgment to specifically recite dismissal as against the bank appears to have been a clerical oversight. Orders entered May 9, 1955, and July 25, 1955, unanimously affirmed, with $20 costs and disbursements. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ In the Matter of the Arbitration between Champlain Spinners, Inc., Respondent, and Carthage Knitwear Corp., Appellant.— Order unanimously modified so as to grant a trial with respect to the issue as to whether the making of the contract to arbitrate was effected, with $20 costs and disbursements to the appellant. From the affidavits it appears there are disputed issues as to the making of the contract. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ In the Matter of the Election of Directors of William Faehndrich, Incorporated. William Faehndrich, Respondent; Rudolph Faehndrich, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ Eureka Productions, Inc., Respondent, v. Ross-Bart Studio Theatre, Incorporated, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ Mae Beckinella, Individually and as Administratrix of the Estate of Louis Panarella, Appellant, v. City of New York et al., Respondents, et al., Defendants.— Order entered on or about October 13, 1955, unanimously affirmed, with $20 costs and disbursements to the respondent City of New York. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ Mae Beckinella, Individually and as Administratrix of the Estate of Louis Panarella, Appellant, v. City of New York et al., Respondents, et al., Defendants.— Appeal from order entered February 2, 1956, unanimously dismissed. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ Lillian Cantor, Respondent, v. Irving Cantor, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ William J. Rapp, Plaintiff, v. Flora H. Magraw, Respondent. Thomas J. Corrigan, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ Betty K. S. Milliken, Respondent, v. Guy Lombardo et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.